# EXHIBIT B

**Figure 1**



## Figure 2

