# EXHIBIT E

**Fast** PeopleSearch

316 Pine Dr, Amissville VA 20106

## People Living at
## 316 Pine Dr, Amissville VA 20106

**40 FREE public property records found associated with this address.**

The most recent tenant is **Michelle Littlefield**. Past residents include **Alexander Hall**, **Leslie Hastings**, **Robin Taylor**, **Raymond Soulliere** and **Donna Mccullough**. FastPeopleSearch results provide address history, property records, and contact information for current and previous tenants.

**Intelligent Real Estate Investing Begins Here!**
Get **PREMIUM & CURRENT** owner information on this property. Try **PropertyReach.com** - The powerful tool used by professional investors. It's **FREE for 7 days!**.



316 Pine Dr
View larger map

## 🏠 Property Details

| | |
|---|---|
| **Bedrooms**<br>3 | **Bathrooms**<br>2 |
| **Square Feet**<br>2,978 | **Year Built**<br>1957 |
| **Estimated Value**<br>$394,000 | **Estimated Equity**<br>$50,340 |
| **Last Sale Amount**<br>$350,000 | **Last Sale Date**<br>2023-02-16 |
| **Occupancy Type**<br>Owner Occupied | **Ownership Type**<br>Multiple |
| **Land Use**<br>Single Family Residential | **Property Class**<br>Residential |

CONQUER THE
DUNKIN

**Fast**PeopleSearch

# Michelle Littlefield

**Amissville, VA**

**Age:** 31

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Michelle Littlefield in Amissville, VA.

107 Fisher Ln
Warrenton VA 20186

211 W Mallory St
Pensacola FL 32501

5608 Clermont Dr
Alexandria VA 22310

4500 Franconia Rd
Alexandria VA 22310

1813 Abadie Ave
Metairie LA 70003

4708 Patrick Ave
Wilmington NC 28403

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Michelle Littlefield in Amissville, VA.

(818) 261-3284

(703) 870-6221

(703) 313-0528

(818) 585-5482

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Michelle Littlefield in Amissville, VA.

Michelle G Littlefield • Michelle Gaston Littlefield

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Michelle Littlefield in Amissville, VA.

**Fast**PeopleSearch

VIEW FREE DETAILS

| | | | |
|---|---|---|---|
| **Michelle Littlefield** | Amissville, VA | Age 31 | VIEW DETAILS |

Sponsored By TruthFinder.com

| | | | |
|---|---|---|---|
| **Michelle Littlefield** | Amissville, VA | Age 31 | VIEW DETAILS |

Sponsored By BeenVerified.com

## 🏠 Full Property Report

- Property Values
- Deed History
- Property Details

- Ownership History
- Foreclosures
- Mortgage History

VIEW PROPERTY REPORT

# Alexander Hall
### Amissville, VA

**Age:** 32

**Full Name:** Alexander M Hall

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Fast**PeopleSearch

Ocean Isle Beach NC 28469

107 Fisher Ln  
Warrenton VA 20186

4105 E West Hwy  
Chevy Chase MD 20815

4093 Von Neuman Cir  
Warrenton VA 20187

6713 Old Shallotte Rd NW  
Ocean Isl Bch NC 28469

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Alexander Hall in Amissville, VA.

**(540) 414-4110**

(540) 349-5042

(910) 579-8479

(540) 359-6560

(703) 362-8319

(405) 795-7779

(724) 312-0945

(540) 428-3469

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Alexander Hall in Amissville, VA.

Alexander Hall • Alexander Michael Hall • Alex Hall • M Alex Hall

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Alexander Hall in Amissville, VA.

Annette Hall • Cassie Hall • David Hall • Jeremy Hall • Joshua Hall • Roger Hall • William Hall • Dawn Beaupain • Ellis Hall • Ellis Hall • Erica Hoff • Gary Cooper • Gary Cooper • Helen Bowden

VIEW FREE DETAILS

**Fast**PeopleSearch

# Leslie Hastings
## Amissville, VA

**Age:** 76

**Full Name:** Leslie B Hastings

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Leslie Hastings in Amissville, VA.

20832 Bivalve Wharf Rd
Bivalve MD 21814

Po Box 21
Bivalve MD 21814

1000 1st Ave W
Bradenton FL 34205

20737 Cove Rd
Bivalve MD 21814

5017 41st St S
Saint Petersburg FL 33711

5017 41st St S
St Petersburg FL 33711

(410) 873-3094

(727) 864-0496

(202) 362-5219

(813) 867-4539

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Leslie Hastings in Amissville, VA.

Leslie Bishop Hastings • Leslie Hastings • Leslie Hasting • Leslie Hastings Bishop

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Leslie Hastings in Amissville, VA.

Raymond Soulliere • Andrew Bockhorst • Burton Bishop • Elizabeth Bishop • Randall Bishop • Ruth Bishop • Suzann Bishop • Thomas Soulliere • Adam Bishop • Alan Davis • Amanda Clark • Anna Bockhorst • Barbara Bishop • Barbara Parry

VIEW FREE DETAILS



2019 Mercedes-Benz
**A-Class**

VIEW OFFER

# Robin Taylor
### Bradenton, FL

**Age:** 64

**Full Name:** Robin H Taylor

**Fast**PeopleSearch

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Robin Taylor in Bradenton, FL.

316 Pine Dr  
Amissville VA 20106

1212 12th St W  
Bradenton FL 34205

731 7th St W  
Palmetto FL 34221

469 34th Avenue Dr E  
Bradenton FL 34208

521 9th St W  
Bradenton FL 34205

2245 46th Ave W, Unit 21  
Bradenton FL 34207

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Robin Taylor in Bradenton, FL.

**(941) 224-6358**

(941) 748-1029

(941) 745-5780

(941) 723-1487

(941) 301-1161

(941) 914-5805

(920) 369-6297

(941) 746-0758

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Robin Taylor in Bradenton, FL.

Robin J Taylor • Robin H Taylorrobinheatwol • B R Taylord • Robin Taylor • Alicia R Taylor • Alicia Taylor • Robin Heatwole Taylor • Robin J Heatwole

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Robin Taylor in Bradenton, FL.

Richard Taylor • Alicia Taylor • April Heatwole • Diana Meese • Earl Heatwole • Hazel Heatwole • Robin Heatwole • Robin Taylor • Zackery Taylor • Alyse Mergi • Anthony Robinson •

**Fast**PeopleSearch

| |

# Raymond Soulliere

## Amissville, VA

**Age:** 80

**Full Name:** Raymond C Soulliere

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Raymond Soulliere in Amissville, VA.

Po Box 21
Bivalve MD 21814

20832 Bivalve Wharf Rd
Bivalve MD 21814

20737 Cove Rd
Bivalve MD 21814

5333 South St
Lakewood CA 90712

20835 Nanticoke Rd
Bivalve MD 21814

6701 Sunshine Skyway Ln S
Saint Petersburg FL 33711

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Raymond Soulliere in Amissville, VA.

(410) 873-3094

(540) 937-4543

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Raymond Soulliere in Amissville, VA.

Ray Soulliere • Ray C Soulliere • Ray Hastings • Raymond C Solliere • Raymond Soulliere

**Fast**PeopleSearch

Danielle Futrell • Deana Dyjor • Dustin Unger • Dustin Unger • Dustin Unger • Elizabeth Bishop • Elizabeth Soulliere • Joycelyn Castillo

VIEW FREE DETAILS

## Donna Mccullough

### Amissville, VA

**Age:** 62

**Full Name:** Donna L Mccullough

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Donna Mccullough in Amissville, VA.

117 Killam Ln
Westminster SC 29693

1916 68th Dr E
Ellenton FL 34222

Po Box 211
Haymarket VA 20168

183 Main St
Warrenton VA 20186

15111 Washington St, Unit 221
Haymarket VA 20169

4212 Ferriday Ct
Raleigh NC 27616

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Donna Mccullough in Amissville, VA.

(703) 447-5412

(571) 261-1089

(571) 261-5876

**Fast**PeopleSearch

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Donna Mccullough in Amissville, VA.

Donna L Barta • Mccullough • Donna Mccullough • Donn Mccullough • Donna Mc • Donna B Mccullough • D Mc • Donna Lee Mccullough

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Donna Mccullough in Amissville, VA.

Robert Mccullough • Bradford Mccullough • Brandon Barta • Carney Mccullough • Daniel Mcgee • Harold Mccullough • John Barta • Justin Barta • Marla Mcgee • Megan Horton • Nichole Barta • Tracie Mccullough • Troy Mccullough • Troy Mccullough

VIEW FREE DETAILS

# B Ritenour
### Amissville, VA

**Age:** 69

**Full Name:** B J Ritenour

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for B Ritenour in Amissville, VA.

(540) 937-2048

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of B Ritenour in Amissville, VA.

Brenda Pavone • Brenda Biggs • Brenda Yates • Vincent Pavone • Benjamin Pavone • Benjamin Pavone • Charlotte Pavone • Christina Pavone • Christina Pavone • Danica Lacey • David Pavone • Deborah Jenkins • Edmund Yates • Gary Mayer

VIEW FREE DETAILS

**Fast**PeopleSearch

**Age:** 40

**Full Name:** Jennifer A Rankin

**Current Home Address:**

12252 Piney Ln
Remington VA 22734

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Jennifer Rankin in Remington, VA.

316 Pine Dr
Amissville VA 20106

11695 Fort Union Dr
Remington VA 22734

136 Wolftown Hood Rd
Hood VA 22723

10507 Yorkshire Ln
Bealeton VA 22712

6399 Balls Mill Rd
Midland VA 22728

11388 Whipkey Dr
Bealeton VA 22712

**Phone:** Cell/Mobile/Wireless and/or landline telephone numbers for Jennifer Rankin in Remington, VA.

(540) 212-3530

(540) 948-5441

(540) 439-3346

(540) 428-9759

(540) 439-5232

(540) 439-2312

(207) 459-6478

(214) 298-1803

**AKA:** Alias, Nicknames, alternate spellings, married and/or maiden names for Jennifer Rankin in Remington, VA.

Ashley Rankin • Jennifer Ashley Rankin • Jennifer Rankin • Jennifer Ashele Rankin • J A Rankin •

**Fast** PeopleSearch

Remington, VA.

Donald Rankin • Emily Rankin • Evan Rankin • Jaclyn Reilly • James Rankin • Jennifer Ashele Rankin • Juanita Rankin • Kent Rankin • Ruth Rankin • Tracy Rankin • Christopher Reilly • Curtis Reilly • Curtis Reilly • Curtis Reilly

VIEW FREE DETAILS

# Kenneth Atkins

### Amissville, VA

**Age:** 42

**Full Name:** Kenneth J Atkins

**Current Home Address:**

316 Pine Dr
Amissville VA 20106

**Relatives:** Mother, father, sisters, brothers, spouses and/or former spouses of Kenneth Atkins in Amissville, VA.

Kenneth Atkins • Genevieve Atkins • Kenneth Atkinsjr • Daniel Sisk • Debra Green • Debra Sisk Green • Harmon Sisk • Henry Atkins • Henry Atkins • Joseph Green • Michael Sisk • Pamela Green • Ray Atkins • Robert Sisk

VIEW FREE DETAILS

# Elizabe Bishop

### Granby, CT

**Current Home Address:**

5 Emerson Ln
Granby CT 06035

**Past Addresses:** Homes, Rental Properties, businesses, apartments, condos and/or other real estate associated with Elizabe Bishop in Granby, CT.

**Fast** PeopleSearch

Granby, CT.

Burton Bishop • Leslie Hasting • Ruth Bishop • Adam Bishop • Amanda Clark • Andrew Bockhorst • Barbara Bishop • Camryn Bishop • Cecelia Bishop • Christopher Bishop • Elizabeth Bishop • Fraser Bishop • Garry Bishop • Garry Parrant Bishop

VIEW FREE DETAILS

## Frequently Asked Questions

### Who lives at 316 Pine Dr Amissville VA 20106?

Public records show about 40 people have taken residence at **316 Pine Dr Amissville VA 20106**. The most recent tenant is **Michelle Littlefield**. Past residents include Alexander Hall, Leslie Hastings, Robin Taylor, Raymond Soulliere and Donna Mccullough.

### Public Records

Paid Results Sponsored by **InstantCheckMate.com**

| | | | |
|---|---|---|---|
| **Michelle Littlefield** | Amissville, VA | Age 31 | VIEW DETAILS |
| **Alexander Hall** | Amissville, VA | Age 32 | VIEW DETAILS |
| **Leslie Hastings** | Amissville, VA | Age 76 | VIEW DETAILS |
| **Robin Taylor** | Bradenton, FL | Age 64 | VIEW DETAILS |
| **Raymond Soulliere** | Amissville, VA | Age 80 | VIEW DETAILS |

### Public Records

Paid Results Sponsored by **BeenVerified.com**

**Fast** PeopleSearch

| | | | |
|---|---|---|---|
| **Leslie Hastings** | Amissville, VA | Age 76 | VIEW DETAILS |
| **Robin Taylor** | Bradenton, FL | Age 64 | VIEW DETAILS |
| **Raymond Soulliere** | Amissville, VA | Age 80 | VIEW DETAILS |





NEXT PAGE »

Name Directory:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Phone Directory:  1  2  3  4  5  6  7  8  9

FREE People Search | FREE Reverse Phone Lookup | FREE Address Lookup | Fast People Search API

© Copyright 2023. All Right Reserved. FastPeopleSearch.com

Terms | Privacy | Contact

FastPeopleSearch.com is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or any related purpose.