UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBIN TAYLOR, on behalf of
herself and others similarly situated,**

      **Plaintiff,**

v.                                                       Case No: 8:23-cv-694-MSS-AEP

**SUNTUITY SOLAR LIMITED
LIABILITY COMPANY,**

      **Defendant.**

_____

## CONSENT JUDGMENT

Plaintiff Robin Taylor ("Taylor") and Defendant Suntuity Solar Limited Liability Company ("Suntuity") stipulate and agree to the following Final Consent Judgment ("Consent Judgment"). This Consent Judgment is entered on the **STIPULATION** of the Parties, not based on any independent review or findings by the Court other than as to venue and jurisdiction. Pursuant to the Parties' stipulation, this Order is entered to fully resolve the issues raised in the Complaint.

It is therefore **ORDERED**:

1. Compliance with this Consent Judgment may be enforced by Taylor and her respective successors-in-interests or assigns.

2. A Judgment is entered in favor of Taylor against Suntuity in the amount of $40,000.00 (Forty Thousand Dollars and Zero Cents).

3. Taylor's claims against Suntuity are **DISMISSED WITH PREJUDICE** and without costs to any Party.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of September 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party